LA CROSSE TRUST COMPANY, Administrator, Appellant, vs. GANTERT and another, Respondents.

For the appellant: *Gordon, Law, Brody & Johns* of La Crosse.

For the respondents: *Hale & Skemp* of La Crosse.

*By the Court.*—Judgment affirmed.